IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 28 A 9:51

Christopher L. Core
Full name and prison number of plaintiff(s)

v.

Lee County Detention Center

Jay Jones, Nurse Stwart

Major Torbert, Officer Frizzer

Lt. Welch, Dr. McFarland
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05CV693-F
(To be supplied by the Clerk of the U.S. District Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)    No ( )

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (✓)    No ( )

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:
Defendant(s) Lee County Detention Center, Jay Jones, Major Torbert, Nurse Stwart, Dr McFarland
Plaintiff(s) Christopher L. Core

2.  Court (if federal court, name the district; if state court, name the county) Middle District, Lee County

3.  Docket No. unknow

4.  Name of Judge to whom case was assigned unknow

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? unknow

6. Approximate date of filing lawsuit  unknow

7. Approximate date of disposition  unknow

II. PLACE OF PRESENT CONFINEMENT  Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Lee County Detention Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | 2311 Gateway Drive |
| 2. | Major Torbert | 2407 P.O. Box |
| 3. | LT. Welch | 2407 P.O. Box |
| 4. | Nurse Stwart | 2407 P.O. Box |
| 5. | Dr. McFarland | 2407 P.O. Box |
| 6. | Officer Frazier | 2407 P.O. Box |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
7/19/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Deny Medical to see eye Doctor for hurting eye's bad headaches, can't see word clearly.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On 7/19/05 inmate Core asked to see the doctor for eye problem, sent request slip to Nurse she said that I don't see the doctor on the street. And never seen an eye doctor.

-2-

GROUND TWO: Nurse said I didn't see doctor on the street. But put in to see Detention Doctor. Which is not eye doctor.

SUPPORTING FACTS: When seen Detention Doctor didn't refer inmate Core to eye Doctor for bad pain in eye's both eye's. And inmate Core words are running together. Need help A.S.A.P.

GROUND THREE: Wrong Medication given to inmate Christopher Leon Core by an officer who had no medical back ground.

SUPPORTING FACTS: On 7/24/05 officer Frazer gave Christopher Leon Core Medication. Officer is not a Doctor or Nurse has no medical back ground. Inmate medication officer Frazer gave inmate Core was inmate Gregory Ingram as he tried to give inmate Core medication to inmate Gregory Ingram.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Inmate Core needs to see an eye doctor. Want the Court to order the detention center to take Core to see eye doctor A.S.A.P. Core eyes hurt all the time and are having real bad headaches. Have wear glasses for over (30) years

_Christopher L. Core_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/27/05
(date)

_Christopher L. Core_
Signature of plaintiff(s)

-3-