IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEON CORE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:05cv693-F |
| | ) (WO) |
| LEE COUNTY DETENTION CENTER, et al., | ) |
| Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed, and that the defendants recover the costs of this action.

Done this 22nd day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE